AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR 09-0181 MMC |
| Christian Blake Fisher | ) | |
| | ) | *A 12-M-057* |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

SEALED BY COURT ORDER

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Christian Blake Fisher                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
X Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3565 Probation Violation

Date:   Jan 19, 2012

                                                                              *Issuing officer's signature*

City and state:   San Francisco, CA

                                               Deputy Clerk
                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

# FILED

JAN 1 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

**SEALED BY COURT ORDER**

### Petition for Arrest Warrant for Offender Under Supervision

**Name of Offender**
Christian Blake Fisher

**Docket Number**
CR 09-00181-1 MMC

**Name of Sentencing Judge:** The Honorable Frank Montalvo
United States District Judge

**Date of Original Sentence:** February 21, 2008

**Original Offense**
Counts One : Importing a Quality of Marijuana > 50 Kilograms, 21 U.S.C. § 952 and 960, a Class C Felony

**Original Sentence:** 5 years probation.

**Special Conditions:** Six (6) months community confinement ; DNA collection; special assessment $100; search; mental health and substance abuse evaluation.

**Prior Form(s) 12:** On February 11, 2009, the Northern District of California accepted a transfer of jurisdiction from the Western District of Texas.

**Type of Supervision**
Probation
**Assistant U.S. Attorney**
To Be Assigned

**Date Supervision Commenced**
February 26, 2008
**Defense Counsel**
To Be Assigned

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

NDC-SUPV-FORM 12C(2) 02/26/10

**RE:**   Fisher, Christian Blake                                                          2
CR 09-00181-1

I, Cristopher Taylor, a Probation Officer employed in the United States District Court for the
Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the
best of my information and belief, the facts set forth in this affidavit are true and correct. The
factual affirmations made below are based on my personal knowledge, on official records or
documents generated and maintained by my agency in the course of performing its functions, on
official records or documents generated and maintained by other government agents or agencies
in the course of performing their functions, or on information provided to me orally or
electronically by employees or agents of other public agencies (information developed or
acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated mandatory condition number one that the offender shall not commit another federal state or local crime. |

> On January 9, 2012, in Travis County, Texas, the offender was
> arrested by the County Sheriff's Department. On that date, Christian
> Fisher was arguing with his fiancé, Erin Eisberg. Ms. Eisberg and
> Christian Fisher began to argue about their relationship. At this point,
> Christian Fisher threw an unidentified object at Ms. Eisberg causing a
> half inch laceration to her head and bleeding. The Travis County
> Sheriff's Department responded and arrested Christian Fisher on
> Assault with Injury - Family Violence (a Class a Misdemeanor). An
> emergency Protective Order was put in place and the offender remains
> in jail with the next court appearance in Travis County, Texas on
> January 20, 2012.

> Evidence to support this charge is the Travis County sheriff's Office
> arrest report number 12-709.

On October 17, 2011, the Western District of Texas accepted a transfer of probation supervision.
However, as a result of the recent arrest and lack of a residence, the Western District of Texas
will be closing the term of supervision.

Based on the foregoing, there is probable cause to believe that Christian Blake Fisher violated
the conditions of his probation. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                                 Approved as to form:

_____                          _____

Cristopher Taylor                                      Marlana R. Peter
U S Probation Officer                                  Supervisory U S Probation Officer
Date Signed: January 18, 2012

**RE:**   Fisher, Christian Blake                                                                    3
CR 09-00181-1

Having considered the information set forth above, the court finds there is probable cause to
believe there has been a violation of the conditions of probation and orders:

☑ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER
    SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL
    EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12
    WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD
    UPON ITS EXECUTION.
☐ Other:


_____1 - 19 - 12_____                          _____
Date                                            Maxine M. Chesney
                                                Senior United States Judge

RE:   Fisher, Christian Blake                                                                4
CR 09-00181-1

## APPENDIX

Grade of Violations:  C, USSG § 7B1.1(a)(3)(A), p.s.

Criminal History at time of sentencing:  I

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years<br>18 U.S.C § 3583(e)(3) | 3-9 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | 36 months minus any custody time imposed<br>18 U.S.C § 3583(h) | 36 months minus any custody time imposed<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |

| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* EP-07-CR-1963FM(1) |
| | DOCKET NUMBER *(Rec. Court)* |

CR 09   0181

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT WD/TX | DIVISION El Paso |
| Christian Blake Fisher Northern District of California | | |
| | NAME OF SENTENCING JUDGE Frank Montalvo | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/21/08 | TO 02/20/13 |

| OFFENSE |
| Importing a Quantity of Marijuana, a violation of 21 U.S.C. 952 and 960 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 2/2/09 | *Frank M. W2* |
| Date | U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 2-11-09 | *Maxine M. Chesney* |
| Effective Date | United States District Judge |